JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GONZALEZ,<br><br>           Petitioner,<br><br>    v.<br><br>RICK HILL,<br><br>           Respondent. | Case No. EDCV 12-1070-RGK (OP)<br><br>J U D G M E N T |

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice as successive and Judgment shall be entered accordingly.

DATED: August 3, 2012

HONORABLE R. GARY KLAUSNER
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge